The People of the State of New York v. Raymond Scafard, Jr., Robert Steeves and Paul Borodin.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

M. W. Zack Metal Company v. Federal Insurance Company.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

M. W. Zack Metal Company v. Federal Insurance Company et al.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

Samuel Salganik v. U. S. Navigation Co., Inc.—

Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

In the Matter of George Marks v. Robert E. Herman, as State Rent Administrator, and Silk & Halpern.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

In the Matter of Manzie Johnson v. Motor Vehicle Accident Indemnification Corporation.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

Shirley Fleshin v. John W. Bellville.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

Morris Hirsch v. Joseph Michaan et al.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

Reuben Kass, as Administrator of the Estate of Sidney Kass, Deceased, v. Board of Education of the City of New York.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

In the Matter of John F. Pilkington v. Edward F. Cavanagh, Jr., as Fire Commissioner of the City of New York.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

Fireman's Fund Insurance Company v. Leon B. De Garmo et al. (2 Actions.)—